B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Abbott, James W | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-5524 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1338 Lowe Drive<br>Algonquin, IL<br>ZIP Code 60102 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>McHenry | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
■ Railroad
■ Stockbroker
■ Commodity Broker
■ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Abbott, James W |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Abbott, James W |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ James W Abbott
Signature of Debtor  James W Abbott

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

November 25, 2011
Date

### Signature of Attorney*

X  /s/ R. Winston Slater
Signature of Attorney for Debtor(s)

R. Winston Slater 6189935
Printed Name of Attorney for Debtor(s)

R. Winston Slater
Firm Name
109 N. Main Street
Algonquin, IL 60102

_____
Address

Email: attorney@winstonslater.com
847-658-1400  Fax: 847-658-7900
Telephone Number

November 25, 2011
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   James W Abbott _____   Case No. _____
                                    Debtor(s)                   Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ James W Abbott
                            James W Abbott

Date:   November 25, 2011

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    James W Abbott

Debtor

Case No. _____

Chapter _____ 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,600.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 49 | | 412,013.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,384.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,804.00 |
| Total Number of Sheets of ALL Schedules | | 61 | | | |
| Total Assets | | | 2,600.00 | | |
| Total Liabilities | | | | 412,013.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    James W Abbott                                  ,      Case No. _____
                        Debtor

Chapter _____ 7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    James W Abbott                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

<u> 0 </u>  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   James W Abbott                                          ,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | Cash | - | 500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Landlord | - | 1,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | One-Half interest (with wife) of the following: Ordinary furniture, 7 year old stardard definition "tube" TV, 4 year old desktop computer, miscellaneous tools including several power tools and old 2,500w backup generator, and miscellaneous personal and household items. | - | 750.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Necessary wearing apparel. | - | 100.00 |
| 7.  Furs and jewelry. | | Wedding band. | - | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Golf clubs (15 year old) | - | 75.00 |
| | | Bicycle. | - | 50.00 |
| | | Digital camera. | - | 25.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Insurance policy with no current cash value. | - | 0.00 |

Sub-Total >      2,600.00
(Total of this page)

  2  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    James W Abbott                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    James W Abbott                                        ,        Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

Total >       2,600.00

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re  James W Abbott                                      ,        Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| One-Half interest (with wife) of the following: Ordinary furniture, 7 year old stardard definition "tube" TV, 4 year old desktop computer, miscellaneous tools including several power tools and old 2,500w backup generator, and miscellaneous personal and household items. | 735 ILCS 5/12-1001(b) | 750.00 | 750.00 |
| **Wearing Apparel** | | | |
| Necessary wearing apparel. | 735 ILCS 5/12-1001(a) | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| Wedding band. | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Golf clubs (15 year old) | 735 ILCS 5/12-1001(b) | 75.00 | 75.00 |
| Bicycle. | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| Digital camera. | 735 ILCS 5/12-1001(b) | 25.00 | 25.00 |
|  |  | **Total:** 1,600.00 | 1,600.00 |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   James W Abbott                                                           , Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    James W Abbott                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   James W Abbott                                                      ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| ABEO Investments LLC 12830 42nd Pl Minneapolis, MN 55442 | | | | | | | | X | Unknown |
| Account No. | | | | | | | | | |
| Allen Pendleton P.O. Box 5444 Hopkins, MN 55343 | | | | | | | | X | Unknown |
| Account No. | | | | | | | | | |
| Allied Interstate 435 Ford Road #120 Minneapolis, MN 55426 | | | | | | | | X | Unknown |
| Account No. | | | | | | | | | |
| Alpine Investment 515 Lincoln Dr SE St Michael, MN 55376 | | | | | | | | X | Unknown |

__48__  continuation sheets attached

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                         ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Alpine Investments 5725 Alpine Dr NW Blaine, MN 55303 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ann Marie Ash 11476 Goodhue St NE Blaine, MN 55449 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ann Marie Ash 3800 85th Ave N #305 Brooklyn Park, MN 55443 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ann Marie Chuprevich 11476 Goodhue St NE Blaine, MN 55449 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ann Marie Chuprevich 3800 85th Ave N #305 Brooklyn Park, MN 55443 | | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __1__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re      James W Abbott _____,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Ann Vorarath 1220 Grandview Terrace Apple Valley, MN 55124 | | | | | | | X | Unknown |
| Account No. Ann Vorarath 12511 Central Ave NE Minneapolis, MN 55434 | | | | | | | X | Unknown |
| Account No. Anthony Kalal 6000 Goldenrod Lane N Plymouth, MN 55442 | | | | | | | X | Unknown |
| Account No. Anthony W Rees 9828 Green Spruce Ave N Minneapolis, MN 55443 | | | | | | | X | Unknown |
| Account No. Art Bannerman 2393 Hauer Trail Shakopee, MN 55379 | | | | | | | X | Unknown |

Sheet no. __2__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott
_____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx7521<br><br>Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065 | - | | | Opened 3/30/04 Last Active 2/25/10<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No.<br><br>Brad Frank<br>1211 Norwood Lane<br>Anoka, MN 55303 | | | | | | | X | Unknown |
| Account No.<br><br>Brez Properties<br>4615 Underwood Lane N<br>Plymouth, MN 55442 | | | | | | | X | Unknown |
| Account No.<br><br>Brian and Kristina Schmidt<br>14901 Orchard Drive<br>Burnsville, MN 55306 | | | | | | | X | Unknown |
| Account No.<br><br>Brian and Stacy Fleming<br>3975 Cardinal Court<br>Rosemount, MN 55068 | | | | | | | X | Unknown |

Sheet no. __3__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Brooks Turnquist 7876 Smokewood Drive Colorado Springs, CO 80908 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Carol Lynn Reins 412 Pierce St N #4 St Paul, MN 55104 | | | | | | | X | Unknown |
| Account No. x7063 | | | | Medical services. | | | | |
| CEP America Illinois P.O. Box 582663 Modesto, CA 95358 | - | | | | | | | 130.00 |
| Account No. | | | | | | | | |
| Charles and Bonnie Stone 1040 Zanzibar Lane N Minneapolis, MN 55447 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Charles and Cheryl Bangasser 3549 Kings Rd #103 Palm Harbor, FL 34685 | | | | | | | X | Unknown |

Sheet no. __4__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    130.00

B6F (Official Form 6F) (12/07) - Cont.

In re     James W Abbott                                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Charles and Cheryl Bangasser<br>13105 35th Ave N<br>Plymouth, MN 55441 | | | | | | | X | Unknown |
| Account No.<br><br>Christopher and Jennifer Stanley<br>2997 Hilltop Drive<br>Chaska, MN 55318 | | | | | | | X | Unknown |
| Account No.<br><br>Christopher and Jennifer Stanley<br>1017 Dovehouse Lane<br>St. Augustine, FL 32095 | | | | | | | X | Unknown |
| Account No.<br><br>Christopher Dennis<br>4255 York Ave North<br>Minneapolis, MN 55422 | | | | | | | X | Unknown |
| Account No.<br><br>Chul Kwan Kwak<br>4241 Sheridan Ave S<br>Minneapolis, MN 55410 | | | | | | | X | Unknown |

Sheet no. __5__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   James W Abbott                                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
| **Account No.** | | | | | | | | | |
| Cindy and James Clemens 5725 Alpine Dr NW Blaine, MN 55303 | | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | | |
| Citisites Properties LLC 3126 21st Lane West Bradenton, FL 34205 | | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | | |
| Citisites Properties LLC 109 Robert Rd Jordan, MN 55352 | | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | | |
| Colleen R Fischer 6256 Juneau Lane Osseo, MN 55311 | | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | | |
| Constatino Perez 78 10th Street East St Paul, MN 55101 | | | | | | | | X | Unknown |

Sheet no. __6__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Cordes and Company 4700 Wells Fargo Center 90 Seventh St S Minneapolis, MN 55402 | | | | | | | | 0.00 |
| Account No. Craig Stowell 609 Chancer Lane Watertown, MN 55388 | | | | | | | X | Unknown |
| Account No. Dale J and Carla M Meierhofer 13835 Hill Place Drive Rogers, MN 55374 | | | | | | | X | Unknown |
| Account No. Dan Brinkman 3126 21st Lane West Bradenton, FL 34205 | | | | | | | X | Unknown |
| Account No. Dan Brinkman 109 Robert Rd Jordan, MN 55352 | | | | | | | X | Unknown |

Sheet no.  _7__  of  _48__  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Daniel and Mindi Fasold 1172 Falls Blvd Weston, FL 33327 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Daniel and Mindi Fasold 14893 80th Pl N Osseo, MN 55311 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Daniel Fasold 1172 Falls Blvd Weston, FL 33327 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Daniel Fasold 14220 183rd Ave NW Elk River, MN 55330 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Daniel R and Maria T Delgado 14373 Banyan Lane Rosemount, MN 55068 | | | | | | | X | Unknown |

Sheet no. __8__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.**<br><br>Daniel W Denno<br>20531 Sleep Hollow Drive NW<br>Cedar, MN 55011 | | | | | | | | X | <br><br>Unknown |
| **Account No.**<br><br>Danyelle Peardon<br>5424 Toledo Ave N<br>Crystal, MN 55429 | | | | | | | | X | <br><br>Unknown |
| **Account No.**<br><br>Darryl Adams<br>6995 98th St S<br>Cottage Grove, MN 55016 | | | | | | | | X | <br><br>Unknown |
| **Account No.**<br><br>Daryn and Wendy Krumm<br>10924 Beard Ave S<br>Bloomington, MN 55431 | | | | | | | | X | <br><br>Unknown |
| **Account No.**<br><br>David and Carol Reischl<br>18101 Judicial Way North<br>Lakeville, MN 55044 | | | | | | | | X | <br><br>Unknown |

Sheet no. __9__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   James W Abbott                                                              ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| David and Heather Eisenmenger 10310 Kaitlin Ave Hanover, MN 55341 | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | |
| David and Maureen Villavicencio 4900 39th Ave S Minneapolis, MN 55417 | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | |
| David and Maureen Villavicencio 124 Portland Ave St Paul, MN 55104 | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | |
| David and Natalie Sternal 12031 Cotton Wood St NW Minneapolis, MN 55448 | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | |
| David and Sharon Harten 13864 Orchid St NW Anoka, MN 55304 | | | | | | | X | Unknown |

Sheet no.  _10_  of  _48_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott
                                                            ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| David E Lord 7338 Pleasant Ave Richfield, MN 55423 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| David Harten 13864 Orchid St NW Anoka, MN 55304 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| David Johnson c/o Robert Bauer esq 7300 West 147th Street #600 Apple Valley, MN 55124 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| David Nardini 23529 Birch St Rogers, MN 55374 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| David Smith c/o Robert Bauer 7300 West 147th Street #600 Apple Valley, MN 55124 | | | | | | | X | Unknown |

Sheet no. __11__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Dean and Carol Tomlinson<br>14141 54th Avenue North<br>Plymouth, MN 55445 | | | | | | | X | Unknown |
| Account No.<br><br>Delwin Mund<br>1210 5TH St NE<br>Minneapolis, MN 55413 | | | | | | | X | Unknown |
| Account No.<br><br>Dennis Bresnahan<br>14790 E 49th Dr<br>Yuma, AZ 85367 | | | | | | | X | Unknown |
| Account No.<br><br>Dennis Bresnahan<br>21927 US Highway 169<br>Aitkin, MN 56431 | | | | | | | X | Unknown |
| Account No.<br><br>Diane Severson<br>467 Indian Trail South<br>Afton, MN 55001 | | | | | | | X | Unknown |

Sheet no. __12__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  James W Abbott                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxx9066<br><br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | - | | | Opened 11/02/00  Last Active  6/01/11<br>CreditCard | | | | 800.00 |
| Account No. xxxx6754<br><br>Diversified Adjustment (Original Cr<br>600 Coon Rapids Blvd Nw<br>Coon Rapids, MN 55433 | - | | | Opened  3/01/10  Last Active 12/01/10<br>Collection Connexus Energy | | | | 314.00 |
| Account No.<br><br>Dominic and Dinane Daninger<br>18133 Judicial Way South<br>Lakeville, MN 55044 | | | | | | | X | Unknown |
| Account No.<br><br>Doug Johnson<br>c/o Robert Bauer<br>7300 West 147th Street #600<br>Apple Valley, MN 55124 | | | | | | | X | Unknown |
| Account No.<br><br>Douglas B. Van Wyk<br>820 Trotters Ridge<br>St Paul, MN 55123 | | | | | | | X | Unknown |

Sheet no. __13__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,114.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott , Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dr. Douglas T Jonak 9760 271st Ave NW Zimmerman, MN 55398 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Dr. Douglas T Jonak 2705 Bunker Lake Blvd Andover, MN 55304 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Ed Taillon 4615 Underwood Lane N Plymouth, MN 55442 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Edward Taillon 2133 Seminole Rd S Atlantic Beach, FL 32233 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Eileen Nygard 3209 19th St W Bradenton, FL 34205 | | | | | | | X | Unknown |

Sheet no. __14__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                    ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Eileen Nygard 9114 Glen Edin Lane Brooklyn Park, MN 55443 | | | | | | X | Unknown |
| Account No. | | | | | | | |
| Elizabeth Montgomery 3612 Plymouth Rd Hopkins, MN 55305 | | | | | | X | Unknown |
| Account No. | | | | | | | |
| Elliot and Emily Benincasa 7361 Pineview Lane N Maple Grove, MN 55369 | | | | | | X | Unknown |
| Account No. | | | | | | | |
| Equity Trust Company et al 7300 West 147th Street #600 Apple Valley, MN 55124 | | | | | | X | Unknown |
| Account No. | | | | | | | |
| Equity Trusty Company et al c/o Hinshaw Culbertson 330 S 7th St Ste 200 Minneapolis, MN 55402 | | | | | | X | Unknown |

Sheet no.  _15_  of  _48_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| **Account No.** Eric and Brynn Bresnahan 4615 Underwood Lane N Plymouth, MN 55442 | | | | | | | | X | Unknown |
| **Account No.** Eric and Brynn Bresnahan 5000 Goldenrod Lane N Minneapolis, MN 55442 | | | | | | | | X | Unknown |
| **Account No.** Eric and Carolyn Lent 2350 Bartley COurt Inver Grove Heights, MN 55077 | | | | | | | | X | Unknown |
| **Account No.** Eric Heinith 1120 Maricopa Dr Oshkosh, WI 54904 | | | | | | | | X | Unknown |
| **Account No.** Eric Heinith 3115 21st Lane W Unit #1603 Bradenton, FL 34205 | | | | | | | | X | Unknown |

Sheet no. __16__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                      ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Erik Laine and Heidi Pierce 20610 Rush Meadow Lane Rogers, MN 55374 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Erik Laine and Heidi Pierce 2406 Inglewood Ave N Minneapolis, MN 55405 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Eugene and Donna Nardini 43640 287th lae Aitkin, MN 56431 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| F. Ray Barriuso 505 Interlachen Rd Burnsville, MN 55306 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Falcon Investments LLC 13640 Guild Ave Apple Valley, MN 55124 | | | | | | | X | Unknown |

Sheet no. __17__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   James W Abbott                                                                    ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxx2016 | | | | Opened 8/10/07 Last Active 9/01/07 FactoringCompanyAccount Advanta 57 | | | | |
| Federated Fin Corp Of (Original Cre 30955 Northwestern Hwy Farmington Hills, MI 48334 | - | | | | | | | 21,645.00 |
| Account No. xxxxxxxxxxxx5073 | | | | Opened 4/01/87 Last Active 7/01/11 CreditCard | | | | |
| Fnb Omaha Po Box 3412 Omaha, NE 68103 | - | | | | | | | 2,298.00 |
| Account No. x8938, x9272 | | | | Medical services. | | | | |
| Fox Valley Laboratory Physicians P.O. Box 5133 Chicago, IL 60680 | - | | | | | | | 15.00 |
| Account No. | | | | | | | | |
| Gary Schebo 12130 Vermillion St NE Minneapolis, MN 55449 | | | | | | | X | Unknown |
| Account No. x4159 | | | | Medical services. | | | | |
| General Vascular Surgery 745 Fletcher Drive, Unit 302 Elgin, IL 60123 | - | | | | | | | 115.00 |

Sheet no. __18__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,073.00

B6F (Official Form 6F) (12/07) - Cont.

In re   James W Abbott                                      ,        Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. George and Julie Lougee 4705 Nokomis Ave Minneapolis, MN 55406 | | | | | | X | Unknown |
| Account No. Greg and Gan Christensen 11079 187th Ave NW Elk River, MN 55330 | | | | | | X | Unknown |
| Account No. Greg and Mitra Murphy 12324 Chesholm Lane Eden Prairie, MN 55347 | | | | | | X | Unknown |
| Account No. Gregg Laing 3600 Penn Ave N #201 Minneapolis, MN 55412 | | | | | | X | Unknown |
| Account No. Gregg Laing PO Box Freeport, MN 56331 | | | | | | X | Unknown |

Sheet no. _19_ of _48_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott
_____,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Guy and Janice Wikman 5800 Hansen Road Minneapolis, MN 55436 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Helen McHugh 6405 Willow Wood Rd Minneapolis, MN 55436 | | | | | | | X | Unknown |
| Account No. xxxxxxxxxxxxx1998 | - | | | Opened 1/01/10 Last Active 10/01/11 Collection Wells Fargo Ban | | | | |
| Heller And Frisone, (Original Credi 33 North Lasalle Street Chicago, IL 60602 | | | | | | | | 78,150.00 |
| Account No. | | | | | | | | |
| Holton Holdings LLC 3109 21st Lane W Bradenton, FL 34205 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Holton Holdings LLC 9541 40th Place NE St Michael, MN 55376 | | | | | | | X | Unknown |

Sheet no. __20__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    78,150.00

B6F (Official Form 6F) (12/07) - Cont.

In re  James W Abbott                                             ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. x5971 | | | | Medical services. | | | | |
| Inpatients Consultants of Illinois P.O. Box 92934 Los Angeles, CA 90009 | - | | | | | | | |
| | | | | | | | | 178.00 |
| Account No. | | | | | | | | |
| Jack and Theresa Hennen 232 Linden Drive St Paul, MN 55124 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| James and Kathleen Kinney 2672 Wilshire Blvd Mound, MN 55364 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| James and Kathleen Kinney 3041 Turtle Cove Ct North Fort Myers, FL 33903 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| James and Valerie Glasgow 1372 Sandhurst Dr W St Paul, MN 55113 | | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __21__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

178.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                                    ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account No.<br><br>James Murray<br>10053 Upton Rd<br>Bloomington, MN 55431 | | | | | | | X | Unknown |
| Account No.<br><br>James W Hagen<br>2536 Colfax Ave S<br>Minneapolis, MN 55405 | | | | | | | X | Unknown |
| Account No.<br><br>James W Hagen<br>925 Parkside Blvd<br>Hopkins, MN 55343 | | | | | | | X | Unknown |
| Account No.<br><br>Jan M Emter<br>8131  Pleasant View Drive NE<br>Minneapolis, MN 55432 | | | | | | | X | Unknown |
| Account No.<br><br>Jan M Emter<br>3018 W 60th St<br>Minneapolis, MN 55410 | | | | | | | X | Unknown |

Sheet no. __22__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott
_____ ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jason and Jennifer Trelstad 1859 Quail Dr Shakopee, MN 55379 | | | | | | X | Unknown |
| Account No. | | | | | | | |
| Jason and Sandra Burmeister 5180 Co Rd 33 New Germany, MN 55367 | | | | | | X | Unknown |
| Account No. | | | | | | | |
| Jason Larson 9359 Cortland Ct St Paul, MN 55125 | | | | | | X | Unknown |
| Account No. | | | | | | | |
| Jay A Larson 15010 Oakcrest Court Savage, MN 55378 | | | | | | X | Unknown |
| Account No. | | | | | | | |
| Jeff and Gretchen Vandenberg 5800 Stevens Drive Orient, OH 43146 | | | | | | X | Unknown |

Sheet no. __23__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Jim and Rhonda Steffes 107 Wood Ridge Lane Lino Lakes, MN 55014 | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | |
| John Hartman 3521 Federal Drive #307 Eagan, MN 55122 | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | |
| John MacDonald 3213 17th St w Bradenton, FL 34205 | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | |
| John MacDonald 6648 Hokah Dr Lino Lakes, MN 55014 | | | | | | | X | Unknown |
| **Account No.** | | | | | | | | |
| John P Theilen 4165 Blackhawk Rd Eagan, MN 55122 | | | | | | | X | Unknown |

Sheet no. __24__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott _____,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jonathon P and Jean L Rusterholtz 2983 Pitrina Way Little Canada, MN 55117 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Jonathon P and Jean L Rusterholtz 13762 4th Ave S Zimmerman, MN 55398 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Joshua and Jodi Rogness 1748 Lake Lucille Drive Wasilla, AK 99654 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Julie and George Lougee 4705 Nokomis Ave Minneapolis, MN 55406 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Kathleen and Frank St Lawrence 253 Cygnet Pl Long Lake, MN 55356 | | | | | | | X | Unknown |

Sheet no. __25__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Kathy Baker 2245 Crane St Oshkosh, WI 54901 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Keith Darryl Adams 6995 98th St S Cottage Grove, MN 55016 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Kelby and Carol Brothen 1508 51st Ave N Minneapolis, MN 55430 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Kelby and Carol Brothen 660 9th St Clearwater, MN 55320 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Ken Beck Enterprises LLC 3800 85th Ave N #305 Brooklyn Park, MN 55443 | | | | | | | X | Unknown |

Sheet no. __26__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Ken Beck Enterprises LLC<br>11476 Goodhue St NE<br>Blaine, MN 55449 | | | | | | | X | Unknown |
| Account No.<br><br>Kenneth Seese<br>2879 Halsted Lane<br>Mound, MN 55364 | | | | | | | X | Unknown |
| Account No.<br><br>Kenneth Seese<br>143 Oakmont Lane<br>Red Wing, MN 55066 | | | | | | | X | Unknown |
| Account No.<br><br>Kent and Heidi Madson<br>6120 Karmen Ave NE<br>Albertville, MN 55301 | | | | | | | X | Unknown |
| Account No.<br><br>Kent and Heidi Madson<br>2853 39th Ave S<br>Minneapolis, MN 55406 | | | | | | | X | Unknown |

Sheet no. __27__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   James W Abbott                                                ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kevin and Deidre Mullen<br>9480 205th Avenue NE<br>Wyoming, MN 55092 | | | | | | | X | Unknown |
| Account No.<br><br>Kevin Holtan<br>8682A Quarry Ridge Lane<br>Woodbury, MN 55125 | | | | | | | X | Unknown |
| Account No.<br><br>Kumar Sharma<br>3116 34th St<br>Moorhead, MN 56560 | | | | | | | X | Unknown |
| Account No.<br><br>Kumar Sharma<br>1511 20th Ave S #1<br>Moorhead, MN 56560 | | | | | | | X | Unknown |
| Account No.<br><br>Laura Jindra<br>15989 Xeon St NW<br>Andover, MN 55304 | | | | | | | X | Unknown |

Sheet no. __28__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     James W Abbott                                                                    ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Leroy M Bohnsack 3343 Glynwater Trail NW Prior Lake, MN 55372 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Lisa Wagner 2245 Crane St Oshkosh, WI 54901 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Margaret Cavanaugh 1005 W 104th St Minneapolis, MN 55431 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Maria Turnblom 2059 Hand Ave Roseville, MN 55113 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Mark Ahmann 1025 NE 32nd Lane Cape Coral, FL 33909 | | | | | | | X | Unknown |

Sheet no. __29__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   James W Abbott
                                                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mark Ahmann 9426 Olympia Drive Eden Prairie, MN 55347 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mark and Cathy Sportelli 3785 Dresden Way Eagan, MN 55123 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mark and Mary Jane Richards 9424 Lakeside Trail Champlin, MN 55316 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mark and Nicholas Glasow 17144 Rockney St NE Andover, MN 55304 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mark Rode 9276 Amsden Way Eden Prairie, MN 55347 | | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no.  _30_  of  _48_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mark Sullivan and Becky Corcoran 2215 James Ave N Minneapolis, MN 55411 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Mark Sullivan and Becky Corcoran 5325 Birchcrest Drive Minneapolis, MN 55436 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Mark Yost 6825 Sussex Lane Shakopee, MN 55379 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Mathew and Kathleen Hansen 5521 34th Ave S Minneapolis, MN 55417 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Michael J and Patricia J Serie 430 Coronado Drive Punta Gorda, FL 33950 | | | | | | | X | Unknown |

Sheet no. __31__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   James W Abbott                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Michael J and Patricia J Serie 1531 Woodside Ct NE Minneapolis, MN 55432 | | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Michael Kroon 2112 S. Brookview Drive Mora, MN 55051 | | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Michael MacDonald 19510 Jasper Terrace Lakeville, MN 55044 | | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Michael Nardini 313 Elm Lane SE St Michael, MN 55376 | | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Michelle  Muhich 29 Merritt Drive Virginia, MN 55792 | | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __32__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Michelle and Alan Stano <br> 22880 109th Ave N <br> Rogers, MN 55374 | | | | | | X | Unknown |
| Account No. <br><br> Michelle King <br> 6021 Raven Ridge Court <br> Rockford, MN 55373 | | | | | | X | Unknown |
| Account No. <br><br> Miriam Ramos <br> 5573 Upper 182nd Street West <br> Farmington, MN 55024 | | | | | | X | Unknown |
| Account No. <br><br> Mitch Jensen <br> 1297 Hedman Way <br> St Paul, MN 55110 | | | | | | X | Unknown |
| Account No. <br><br> Mitchell Jensen <br> 1297 Hedman Way <br> St Paul, MN 55110 | | | | | | X | Unknown |

Sheet no. __33__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott
_____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mitchell Muhich 10480 v62nd St NE Albertville, MN 55301 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Nathan and Betsy Labatt 11049 Sweetwater path St Paul, MN 55129 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Nathan and Betsy Labatt 10918 Thone Ridge Woodbury, MN 55129 | | | | | | | X | Unknown |
| Account No. x3419 | | | | Medical services. | | | | |
| Northwest Suburban Imaging 34659 Eagles Way Chicago, IL 60678 | - | | | | | | | 172.00 |
| Account No. | | | | | | | | |
| Omey Investments 5725 Alpine Dr NW Blaine, MN 55303 | | | | | | | X | Unknown |

Sheet no. __34__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

172.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott , Case No.
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Patrick and Pamela McDonald 215 2nd St NW St Michael, MN 55376 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Paul and Joan Kappes 3733 S Hills Dr Eagan, MN 55123 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Paul D Miller 20655 Parkview Lane 55331 Apple Valley, MN 55124 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Paul Kropelinicki 6160 Quinwood Lane N #6106 Minneapolis, MN 55442 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Pem Investments LLC 20655 Parkview Lane Excelsior, MN 55331 | | | | | | | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __35__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott
_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                        Pentagroup Financial 5959 Corporate Drive Ste 1400 Houston, TX 77036 | | | | | | | X | Unknown |
| Account No.                                        Peter and Teresa Freeland 367 Ojibway Path Lino Lakes, MN 55014 | | | | | | | X | Unknown |
| Account No.                                        Peter and Teresa Freeland 3455 173rd Lane NW Anoka, MN 55304 | | | | | | | X | Unknown |
| Account No.                                        Peter Costa 19 Pine Rd. North Oaks, MN 55127 | | | | | | | X | Unknown |
| Account No.                                        Peter Freeland 12198 317th Lane Lindstrom, MN 55045 | | | | | | | X | Unknown |

| Sheet no. __36__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Philip and Jennifer Dennis 1111 Santa Rosa Blvd 508 Fort Walton Beach, FL 32548 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Philip and Jennifer Dennis 5800 Lakeview Dr Mound, MN 55364 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Phyllis and Arne Huber 12591 Elm Parkway Rogers, MN 55374 | | | | | | | X | Unknown |
| Account No. x3251 | - | | | Medical services. | | | | |
| Quest Diagnostics P.O. Box 809403 Chicago, IL 60680 | | | | | | | | 55.00 |
| Account No. | | | | | | | | |
| Randy and Laurie Gelner 1800 W 7th Ave N Clear Lake, IA 50428 | | | | | | | X | Unknown |

Sheet no. __37__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     55.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                            ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. RCT Consultants Inc 13640 Guild Ave Apple Valley, MN 55124 | | | | | | X | Unknown |
| Account No. Richard and Elizabeth Splittstoesser 4386 Livingston Drive Eagan, MN 55123 | | | | | | X | Unknown |
| Account No. Richard Turnquist 13640 Guild Ave Apple Valley, MN 55124 | | | | | | X | Unknown |
| Account No. Rizwan Mulla 4600 Oak Drive Minneapolis, MN 554243 | | | | | | X | Unknown |
| Account No. Robert and David Lord 7338 Pleasant Ave Minneapolis, MN 55423 | | | | | | X | Unknown |

Sheet no. __38__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   James W Abbott                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>Robert J McNeil<br>9136 Jewel Lane N<br>Osseo, MN 55311 | | | | | | | | X | Unknown |
| Account No.<br><br>Robert Keys<br>4650 SW MacAdam Ave, Unit 100<br>Portland, OR 97239 | | | | | | | | X | Unknown |
| Account No.<br><br>Robert Smrekar<br>17723 Hill Wood Avenue<br>Lakeville, MN 55044 | | | | | | | | X | Unknown |
| Account No.<br><br>Robet Denzer<br>6558 110th Ave N<br>Champlin, MN 55316 | | | | | | | | X | Unknown |
| Account No.<br><br>Roger and Nancy Rymer<br>14246 Coral Sea St<br>Ham Lake, MN 55304 | | | | | | | | X | Unknown |

Sheet no. __39__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ronald Parks 4424 Longfellow Ave Minneapolis, MN 55407 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Ruth Troutman 8001 240th St West Lakeville, MN 55044 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Sandra G Wood 8840 Cottonwood Lane Eden Prairie, MN 55347 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Scott Carlson P.O. Box 94 Rockford, MN 55373 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Scott Hadden 8345 Kelzer Pond Drive Victoria, MN 55386 | | | | | | | X | Unknown |

Sheet no. __40__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Scott Ingram 402 7th Ave S South St Paul, MN 55075 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Scott Ingram 402 7th Ave S South St Paul, MN 55075 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Sean Bannerman 2393 Hauer Trail Shakopee, MN 55379 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Sean Nelson 220 Xenia Ave NW Elk River, MN 55330 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Sean Nelson 220 Xenia Ave NW Elk River, MN 55330 | | | | | | | X | Unknown |

Sheet no. __41__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                        ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Severson Sheldon et al<br>7300 West 147th Street #600<br>Apple Valley, MN 55124 | | | | | | X | Unknown |
| Account No.<br><br>Sharon and Wade Bresnahan<br>12830 42nd Pl N<br>Minneapolis, MN 55442 | | | | | | X | Unknown |
| Account No.<br><br>Sharon and Wade Bresnahan<br>12830 42nd Pl<br>Minneapolis, MN 55442 | | | | | | X | Unknown |
| Account No. x2623, 2752<br><br>Sherman Hospital<br>1425 N. Randall Road<br>Elgin, IL 60123 | - | | Medical services. | | | | 20,900.00 |
| Account No.<br><br>Sonia Liedman<br>18659 Kalmar Tr<br>Lakeville, MN 55044 | | | | | | X | Unknown |

Sheet no. __42__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          20,900.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sonia Liedman 5143 148th St W St Paul, MN 55124 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Stoelzing Properties LLC c/o Hinshaw Culbertson 330 S 7th St Ste 2000 Minneapolis, MN 55402 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Teresa Reamer 2245 Crane St Oshkosh, WI 54901 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Teresa Reamer 2220 Sheridan St Oshkosh, WI 54901 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Thomas and Becky Osnes 2008 Reindeer Trail Sale Creek, TN 37373 | | | | | | | X | Unknown |

Sheet no. __43__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   James W Abbott                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Thomas and Karen Ditty<br>5450 89th Crescent Circle N<br>Minneapolis, MN 55443 | | | | | | X | Unknown |
| Account No.<br><br>Thomas and Martha Dixon<br>1650 Ranier Circle<br>Minneapolis, MN 55447 | | | | | | X | Unknown |
| Account No.<br><br>Thomas Frazier<br>14812 Oakcrest Circle<br>Savage, MN 55378 | | | | | | X | Unknown |
| Account No.<br><br>Todd and Bonita Rynoldson<br>2456 Emerald Trail<br>Hopkins, MN 55305 | | | | | | X | Unknown |
| Account No.<br><br>Tom Mauren<br>2855 Jordan Ave S #402<br>Hopkins, MN 55305 | | | | | | X | Unknown |

Sheet no. __44__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                        ,    Case No. _____
                          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Troy and Bonnie Schmitz <br> 12495 225th Ct NW <br> Elk River, MN 55330 | | | | | | | X | <br><br> Unknown |
| Account No. <br><br> Troy Klein <br> 13207 Yukon St NW <br> Coon Rapids, MN 55448 | | | | | | | X | <br><br> Unknown |
| Account No. <br><br> Tyrone Kindle <br> 11274 49th Ave N <br> Minneapolis, MN 55442 | | | | | | | X | <br><br> Unknown |
| Account No. x5450 <br><br> Univerity of Minnesota Physicians <br> 100 S. Awasso Blvd West <br> St Paul, MN 55117 | | - | | Medical services. | | | | <br><br> 219.00 |
| Account No. <br><br> Vickie Sober <br> 1622 Lincoln St NE <br> Minneapolis, MN 55413 | | | | | | | X | <br><br> Unknown |

Sheet no. __45__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

219.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                          ,        Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Waldo and Rebecca Bechtold <br> 5233 Nelmark Ave NE <br> St Michael, MN 55376 | | | | | | | X | Unknown |
| Account No. xxxxxxxx0162 <br><br> Wells Fargo <br> Credit Bureau Disp Po Box 14517 <br> Des Moines, IA 50306 | - | | | Opened 4/12/00 Last Active 7/01/09 CreditCard | | | | 2,855.00 |
| Account No. <br><br> Wendy Hartman <br> 56 Fitch Hill Road <br> Uncasville, CT 06382 | | | | | | | X | Unknown |
| Account No. <br><br> Wendy Hartman <br> 127 Barkledge Dr <br> Newington, CT 06111 | | | | | | | X | Unknown |
| Account No. <br><br> Wendy Hartman <br> 13893 Edgewood Ave <br> Savage, MN 55378 | | | | | | | X | Unknown |

Sheet no. __46__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,855.00

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                                    ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| William and Cynthia Webster 3209 Larchmore Ave Wayzata, MN 55391 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| William and Kimberly Newgren 12402 66th St NE Otsego, MN 55301 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| William Barth 36205 Memorial Highway Mandan, ND 58554 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Willliam and Nancy Wirth 1630 Shady View Lane N Minneapolis, MN 55447 | | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Wilshire Credit Corp 14523 S Millikan Way #200 Portland, OR 97207 | | | | | | | X | Unknown |

Sheet no. __47__ of __48__ sheets attached to Schedule of                              Subtotal            | 0.00 |
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    James W Abbott                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xx7842<br><br>Wilshirecc<br>450 American Street<br>Simi Valley, CA 93065-6298 | - | | | Opened 4/01/05 Last Active 8/01/05<br>RealEstateSpecificTypeUnknown | | | | 284,167.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. __48__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 284,167.00 |
| | Total<br>(Report on Summary of Schedules) | 412,013.00 |

B6G (Official Form 6G) (12/07)

In re    James W Abbott                                          ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

_0_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    James W Abbott                                              ,      Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  James W Abbott _____    Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Daughter<br>Daughter | AGE(S):<br>11<br>14<br>15 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales Consultant | Children's Ministry Director |
| Name of Employer | Home Depot | Life of Christ |
| How long employed | 4 years | 3 months |
| Address of Employer | 2690 Cumberland Pkwy, Suite 300<br>Atlanta, GA 30339 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 5,268.00 | $ | 1,000.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 5,268.00 | $ | 1,000.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 790.00 | $ | 0.00 |
| b. Insurance | $ | 94.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 884.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,384.00 | $ | 1,000.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 4,384.00 | $ | 1,000.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 5,384.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   James W Abbott _____   Case No. _____

                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,350.00 |
| a. Are real estate taxes included? Yes _X_ No ___ | | |
| b. Is property insurance included? Yes _X_ No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 219.00 |
| b. Water and sewer | $ | 55.00 |
| c. Telephone | $ | 161.00 |
| d. Other   See Detailed Expense Attachment | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 15.00 |
| 4. Food | $ | 830.00 |
| 5. Clothing | $ | 145.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 663.00 |
| 8. Transportation (not including car payments) | $ | 717.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 125.00 |
| c. Health | $ | 740.00 |
| d. Auto | $ | 155.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   See Detailed Expense Attachment | $ | 359.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,804.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,384.00 |
| b.   Average monthly expenses from Line 18 above | $ | 5,804.00 |
| c.   Monthly net income (a. minus b.) | $ | -420.00 |

**B6J (Official Form 6J) (12/07)**

In re   James W Abbott _____    Case No. _____
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Comcast/Internet | $ | 98.00 |
| Garbage | $ | 22.00 |
| **Total Other Utility Expenditures** | $ | 120.00 |

**Other Expenditures:**

| | | |
|---|---|---:|
| Children/School Fees & Supplies | $ | 96.00 |
| Voice lessens | $ | 80.00 |
| Miscellaneous sports and activities for children | $ | 30.00 |
| Gifts | $ | 40.00 |
| Pets | $ | 15.00 |
| Miscellaneous | $ | 50.00 |
| Professional fees | $ | 48.00 |
| **Total Other Expenditures** | $ | 359.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    James W Abbott
_____
                              Debtor(s)

Case No. _____
Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___63___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November 25, 2011

Signature   /s/ James W Abbott
            James W Abbott
            Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    James W Abbott                           Case No.                             
                                        Debtor(s)               Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $47,000.00 | 2011 YTD: Husband Home Depot |
| $61,885.00 | 2010: Husband Home Depot |
| $87,517.00 | 2009: Husband Home Depot |
| $2,500.00 | 2011 YTD: Wife Aramark Food Service |
| $4,408.00 | 2010: Wife Aramark Food Service |
| $5,000.00 | 2009: Wife LLA Services |

2

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2011 Wife, received 2 months of unemployment compensation. |

## 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Lorraine Abbott Tongsten Way MN<br><br>    Mother | 2011 | $800.00 | $200.00 |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Adams et al v. Abbott, 27 CV 06-11966 | Civil counts arrising out of failed real estate investments | District Court for the Fourth Judicial District, Hennepin County, Minnesota | Judgment |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| BAC Home Loans v. Abbott | Foreclosure | 4th Judicial  District, Hennepin County, Minnesota | Foreclosed |
| Wells Fargo v. James W. Abbott, 10 LA 176 | Collection | Circuit Court for the 22nd Judicial Circuit, McHenry County, Illinois | Judgment and Wage Garnishment |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| BAC Home Loans | 2/2010 | Foreclosure of former residence at: 4023 136th Lane NE, Ham Lake, MN |

### 6.  Assignments and receiverships

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| R. Winston Slater<br>109 N. Main Street<br>Algonquin, IL 60102 | September 2011 | $950 |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Bill Smith<br>474 Ashford Lane<br>Valparaiso, IN 46385 | 1998 Ford F250, $3,000 | Debtor's possession |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| Per petition | Per petition | 7/09 - Present |
| 4023 136th Lane NE, Ham Lake, MN 55304 | Per petition | 2000 - 7/09 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

7

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    November 25, 2011            Signature    /s/ James W Abbott

                                                                        James W Abbott
                                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    James W Abbott                      Case No. _____
                             Debtor(s)      Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered          ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>☐ Claimed as Exempt               ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   November 25, 2011             Signature   /s/ James W Abbott _____
                                             James W Abbott
                                           Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   James W Abbott _____      Case No.  _____
                                                Debtor(s)       Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................................   $   _____950.00_____

     Prior to the filing of this statement I have received ...........................................   $   _____950.00_____

     Balance Due ...............................................................................................................   $   _____0.00_____

2.   The source of the compensation paid to me was:

     ■ Debtor        □ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         Preparation and filing of reaffirmation agreements and applications as needed.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any
         other adversary proceeding.

---

### CERTIFICATION

       I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   November 25, 2011 _____      /s/ R. Winston Slater _____
                                                         R. Winston Slater
                                                         R. Winston Slater
                                                         109 N. Main Street
                                                         Algonquin, IL 60102
                                                         847-658-1400  Fax: 847-658-7900
                                                         attorney@winstonslater.com

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total Fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total Fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total Fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    James W Abbott                          Case No. _____
                                               Debtor(s)      Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| James W Abbott | X   /s/ James W Abbott | November 25, 2011 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re    James W Abbott                                     Case No. _____

                                       Debtor(s)        Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                 247

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    November 25, 2011            /s/ James W Abbott
                                            James W Abbott
                                            Signature of Debtor

ABEO Investments LLC
12830 42nd Pl
Minneapolis, MN 55442


Allen Pendleton
P.O. Box 5444
Hopkins, MN 55343


Allen Pendleton
13911 Ironstone Terrace
Anoka, MN 55303


Allied Interstate
435 Ford Road #120
Minneapolis, MN 55426


Alpine Investment
515 Lincoln Dr SE
St Michael, MN 55376


Alpine Investments
5725 Alpine Dr NW
Blaine, MN 55303


Ann Marie Ash
11476 Goodhue St NE
Blaine, MN 55449


Ann Marie Ash
3800 85th Ave N #305
Brooklyn Park, MN 55443


Ann Marie Chuprevich
11476 Goodhue St NE
Blaine, MN 55449


Ann Marie Chuprevich
3800 85th Ave N #305
Brooklyn Park, MN 55443


Ann Vorarath
1220 Grandview Terrace
Apple Valley, MN 55124

Ann Vorarath
12511 Central Ave NE
Minneapolis, MN 55434


Anthony Kalal
6000 Goldenrod Lane N
Plymouth, MN 55442


Anthony W Rees
9828 Green Spruce Ave N
Minneapolis, MN 55443


Art Bannerman
2393 Hauer Trail
Shakopee, MN 55379


Bank Of America, N.A.
450 American St
Simi Valley, CA 93065


Brad Frank
1211 Norwood Lane
Anoka, MN 55303


Brez Properties
4615 Underwood Lane N
Plymouth, MN 55442


Brian and Kristina Schmidt
14901 Orchard Drive
Burnsville, MN 55306


Brian and Stacy Fleming
3975 Cardinal Court
Rosemount, MN 55068


Brooks Turnquist
7876 Smokewood Drive
Colorado Springs, CO 80908


Carol Lynn Reins
412 Pierce St N #4
St Paul, MN 55104

CEP America Illinois
P.O. Box 582663
Modesto, CA 95358


Charles and Bonnie Stone
1040 Zanzibar Lane N
Minneapolis, MN 55447


Charles and Cheryl Bangasser
3549 Kings Rd #103
Palm Harbor, FL 34685


Charles and Cheryl Bangasser
13105 35th Ave N
Plymouth, MN 55441


Christopher and Jennifer Stanley
2997 Hilltop Drive
Chaska, MN 55318


Christopher and Jennifer Stanley
1017 Dovehouse Lane
St. Augustine, FL 32095


Christopher Dennis
4255 York Ave North
Minneapolis, MN 55422


Chul Kwan Kwak
4241 Sheridan Ave S
Minneapolis, MN 55410


Cindy and James Clemens
5725 Alpine Dr NW
Blaine, MN 55303


Citisites Properties LLC
3126 21st Lane West
Bradenton, FL 34205


Citisites Properties LLC
109 Robert Rd
Jordan, MN 55352

Colleen R Fischer
6256 Juneau Lane
Osseo, MN 55311


Constatino Perez
78 10th Street East
St Paul, MN 55101


Cordes and Company
4700 Wells Fargo Center
90 Seventh St S
Minneapolis, MN 55402


Craig Stowell
609 Chancer Lane
Watertown, MN 55388


Dale J and Carla M Meierhofer
13835 Hill Place Drive
Rogers, MN 55374


Dan Brinkman
3126 21st Lane West
Bradenton, FL 34205


Dan Brinkman
109 Robert Rd
Jordan, MN 55352


Daniel and Mindi Fasold
1172 Falls Blvd
Weston, FL 33327


Daniel and Mindi Fasold
14893 80th Pl N
Osseo, MN 55311


Daniel Fasold
1172 Falls Blvd
Weston, FL 33327


Daniel Fasold
14220 183rd Ave NW
Elk River, MN 55330

Daniel R and Maria T Delgado
14373 Banyan Lane
Rosemount, MN 55068


Daniel W Denno
20531 Sleep Hollow Drive NW
Cedar, MN 55011


Danyelle Peardon
5424 Toledo Ave N
Crystal, MN 55429


Darryl Adams
6995 98th St S
Cottage Grove, MN 55016


Daryn and Wendy Krumm
10924 Beard Ave S
Bloomington, MN 55431


David and Carol Reischl
18101 Judicial Way North
Lakeville, MN 55044


David and Heather Eisenmenger
10310 Kaitlin Ave
Hanover, MN 55341


David and Maureen Villavicencio
4900 39th Ave S
Minneapolis, MN 55417


David and Maureen Villavicencio
124 Portland Ave
St Paul, MN 55104


David and Natalie Sternal
12031 Cotton Wood St NW
Minneapolis, MN 55448


David and Sharon Harten
13864 Orchid St NW
Anoka, MN 55304

David E Lord
7338 Pleasant Ave
Richfield, MN 55423


David Harten
13864 Orchid St NW
Anoka, MN 55304


David Johnson
c/o Robert Bauer esq
7300 West 147th Street #600
Apple Valley, MN 55124


David Nardini
23529 Birch St
Rogers, MN 55374


David Smith
c/o Robert Bauer
7300 West 147th Street #600
Apple Valley, MN 55124


Dean and Carol Tomlinson
14141 54th Avenue North
Plymouth, MN 55445


Delwin Mund
1210 5TH St NE
Minneapolis, MN 55413


Dennis Bresnahan
14790 E 49th Dr
Yuma, AZ 85367


Dennis Bresnahan
21927 US Highway 169
Aitkin, MN 56431


Diane Severson
467 Indian Trail South
Afton, MN 55001


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Diversified Adjustment (Original Cr
600 Coon Rapids Blvd Nw
Coon Rapids, MN 55433


Dominic and Dinane Daninger
18133 Judicial Way South
Lakeville, MN 55044


Doug Johnson
c/o Robert Bauer
7300 West 147th Street #600
Apple Valley, MN 55124


Douglas B. Van Wyk
820 Trotters Ridge
St Paul, MN 55123


Dr. Douglas T Jonak
9760 271st Ave NW
Zimmerman, MN 55398


Dr. Douglas T Jonak
2705 Bunker Lake Blvd
Andover, MN 55304


Ed Taillon
4615 Underwood Lane N
Plymouth, MN 55442


Edward Taillon
2133 Seminole Rd S
Atlantic Beach, FL 32233


Eileen Nygard
3209 19th St W
Bradenton, FL 34205


Eileen Nygard
9114 Glen Edin Lane
Brooklyn Park, MN 55443


Elizabeth Montgomery
3612 Plymouth Rd
Hopkins, MN 55305

Elliot and Emily Benincasa
7361 Pineview Lane N
Maple Grove, MN 55369


Equity Trust Company et al
7300 West 147th Street #600
Apple Valley, MN 55124


Equity Trusty Company et al
c/o Hinshaw Culbertson
330 S 7th St Ste 200
Minneapolis, MN 55402


Eric and Brynn Bresnahan
4615 Underwood Lane N
Plymouth, MN 55442


Eric and Brynn Bresnahan
5000 Goldenrod Lane N
Minneapolis, MN 55442


Eric and Carolyn Lent
2350 Bartley COurt
Inver Grove Heights, MN 55077


Eric Heinith
1120 Maricopa Dr
Oshkosh, WI 54904


Eric Heinith
3115 21st Lane W Unit #1603
Bradenton, FL 34205


Erik Laine and Heidi Pierce
20610 Rush Meadow Lane
Rogers, MN 55374


Erik Laine and Heidi Pierce
2406 Inglewood Ave N
Minneapolis, MN 55405


Eugene and Donna Nardini
43640 287th lae
Aitkin, MN 56431

F. Ray Barriuso
505 Interlachen Rd
Burnsville, MN 55306


Falcon Investments
7876 Smokewood Drive
Colorado Springs, CO 80908


Falcon Investments LLC
13640 Guild Ave
Apple Valley, MN 55124


Federated Fin Corp Of (Original Cre
30955 Northwestern Hwy
Farmington Hills, MI 48334


Fnb Omaha
Po Box 3412
Omaha, NE 68103


Fox Valley Laboratory Physicians
P.O. Box 5133
Chicago, IL 60680


Gary Schebo
12130 Vermillion St NE
Minneapolis, MN 55449


General Vascular Surgery
745 Fletcher Drive, Unit 302
Elgin, IL 60123


George and Julie Lougee
4705 Nokomis Ave
Minneapolis, MN 55406


Greg and Gan Christensen
11079 187th Ave NW
Elk River, MN 55330


Greg and Mitra Murphy
12324 Chesholm Lane
Eden Prairie, MN 55347

Gregg Laing
3600 Penn Ave N #201
Minneapolis, MN 55412


Gregg Laing
PO Box
Freeport, MN 56331


Guy and Janice Wikman
5800 Hansen Road
Minneapolis, MN 55436


Helen McHugh
6405 Willow Wood Rd
Minneapolis, MN 55436


Heller And Frisone, (Original Credi
33 North Lasalle Street
Chicago, IL 60602


Holton Holdings LLC
3109 21st Lane W
Bradenton, FL 34205


Holton Holdings LLC
9541 40th Place NE
St Michael, MN 55376


Inpatients Consultants of Illinois
P.O. Box 92934
Los Angeles, CA 90009


Jack and Theresa Hennen
232 Linden Drive
St Paul, MN 55124


James and Kathleen Kinney
2672 Wilshire Blvd
Mound, MN 55364


James and Kathleen Kinney
3041 Turtle Cove Ct
North Fort Myers, FL 33903

James and Valerie Glasgow
1372 Sandhurst Dr W
St Paul, MN 55113


James Murray
10053 Upton Rd
Bloomington, MN 55431


James W Hagen
2536 Colfax Ave S
Minneapolis, MN 55405


James W Hagen
925 Parkside Blvd
Hopkins, MN 55343


Jan M Emter
8131 Pleasant View Drive NE
Minneapolis, MN 55432


Jan M Emter
3018 W 60th St
Minneapolis, MN 55410


Jason and Jennifer Trelstad
1859 Quail Dr
Shakopee, MN 55379


Jason and Sandra Burmeister
5180 Co Rd 33
New Germany, MN 55367


Jason Larson
9359 Cortland Ct
St Paul, MN 55125


Jay A Larson
15010 Oakcrest Court
Savage, MN 55378


Jeff and Gretchen Vandenberg
5800 Stevens Drive
Orient, OH 43146

Jim and Rhonda Steffes
107 Wood Ridge Lane
Lino Lakes, MN 55014


John Hartman
3521 Federal Drive #307
Eagan, MN 55122


John MacDonald
3213 17th St w
Bradenton, FL 34205


John MacDonald
6648 Hokah Dr
Lino Lakes, MN 55014


John P Theilen
4165 Blackhawk Rd
Eagan, MN 55122


Jonathon P and Jean L Rusterholtz
2983 Pitrina Way
Little Canada, MN 55117


Jonathon P and Jean L Rusterholtz
13762 4th Ave S
Zimmerman, MN 55398


Joshua and Jodi Rogness
1748 Lake Lucille Drive
Wasilla, AK 99654


Julie and George Lougee
4705 Nokomis Ave
Minneapolis, MN 55406


Kathleen and Frank St Lawrence
253 Cygnet Pl
Long Lake, MN 55356


Kathy Baker
2245 Crane St
Oshkosh, WI 54901

Kathy Baker
2220 Sheridan Street
Oshkosh, WI 54901

Keith Darryl Adams
6995 98th St S
Cottage Grove, MN 55016

Kelby and Carol Brothen
1508 51st Ave N
Minneapolis, MN 55430

Kelby and Carol Brothen
660 9th St
Clearwater, MN 55320

Ken Beck Enterprises LLC
3800 85th Ave N #305
Brooklyn Park, MN 55443

Ken Beck Enterprises LLC
11476 Goodhue St NE
Blaine, MN 55449

Kenneth Seese
2879 Halsted Lane
Mound, MN 55364

Kenneth Seese
143 Oakmont Lane
Red Wing, MN 55066

Kent and Heidi Madson
6120 Karmen Ave NE
Albertville, MN 55301

Kent and Heidi Madson
2853 39th Ave S
Minneapolis, MN 55406

Kevin and Deidre Mullen
9480 205th Avenue NE
Wyoming, MN 55092

Kevin Holtan
8682A Quarry Ridge Lane
Woodbury, MN 55125


Kumar Sharma
3116 34th St
Moorhead, MN 56560


Kumar Sharma
1511 20th Ave S #1
Moorhead, MN 56560


Laura Jindra
15989 Xeon St NW
Andover, MN 55304


Leroy M Bohnsack
3343 Glynwater Trail NW
Prior Lake, MN 55372


Lisa Wagner
2245 Crane St
Oshkosh, WI 54901


Margaret Cavanaugh
1005 W 104th St
Minneapolis, MN 55431


Maria Turnblom
2059 Hand Ave
Roseville, MN 55113


Mark Ahmann
1025 NE 32nd Lane
Cape Coral, FL 33909


Mark Ahmann
9426 Olympia Drive
Eden Prairie, MN 55347


Mark and Cathy Sportelli
3785 Dresden Way
Eagan, MN 55123

Mark and Mary Jane Richards
9424 Lakeside Trail
Champlin, MN 55316


Mark and Nicholas Glasow
17144 Rockney St NE
Andover, MN 55304


Mark Rode
9276 Amsden Way
Eden Prairie, MN 55347


Mark Sullivan and Becky Corcoran
2215 James Ave N
Minneapolis, MN 55411


Mark Sullivan and Becky Corcoran
5325 Birchcrest Drive
Minneapolis, MN 55436


Mark Yost
6825 Sussex Lane
Shakopee, MN 55379


Mathew and Kathleen Hansen
5521 34th Ave S
Minneapolis, MN 55417


Michael J and Patricia J Serie
430 Coronado Drive
Punta Gorda, FL 33950


Michael J and Patricia J Serie
1531 Woodside Ct NE
Minneapolis, MN 55432


Michael Kroon
2112 S. Brookview Drive
Mora, MN 55051


Michael MacDonald
19510 Jasper Terrace
Lakeville, MN 55044

Michael Nardini
313 Elm Lane SE
St Michael, MN 55376


Michelle  Muhich
29 Merritt Drive
Virginia, MN 55792


Michelle and Alan Stano
22880 109th Ave N
Rogers, MN 55374


Michelle King
6021 Raven Ridge Court
Rockford, MN 55373


Miriam Ramos
5573 Upper 182nd Street West
Farmington, MN 55024


Mitch Jensen
1297 Hedman Way
St Paul, MN 55110


Mitchell Jensen
1297 Hedman Way
St Paul, MN 55110


Mitchell Muhich
10480 v62nd St NE
Albertville, MN 55301


Nathan and Betsy Labatt
11049 Sweetwater path
St Paul, MN 55129


Nathan and Betsy Labatt
10918 Thone Ridge
Woodbury, MN 55129


Northwest Suburban Imaging
34659 Eagles Way
Chicago, IL 60678

Omey Investments
5725 Alpine Dr NW
Blaine, MN 55303


Patrick and Pamela McDonald
215 2nd St NW
St Michael, MN 55376


Paul and Joan Kappes
3733 S Hills Dr
Eagan, MN 55123


Paul D Miller
20655 Parkview Lane
55331
Apple Valley, MN 55124


Paul Kropelinicki
6160 Quinwood Lane N #6106
Minneapolis, MN 55442


Pem Investments LLC
20655 Parkview Lane
Excelsior, MN 55331


Pentagroup Financial
5959 Corporate Drive Ste 1400
Houston, TX 77036


Peter and Teresa Freeland
367 Ojibway Path
Lino Lakes, MN 55014


Peter and Teresa Freeland
3455 173rd Lane NW
Anoka, MN 55304


Peter Costa
19 Pine Rd.
North Oaks, MN 55127


Peter Freeland
12198 317th Lane
Lindstrom, MN 55045

Philip and Jennifer Dennis
1111 Santa Rosa Blvd 508
Fort Walton Beach, FL 32548


Philip and Jennifer Dennis
5800 Lakeview Dr
Mound, MN 55364


Phyllis and Arne Huber
12591 Elm Parkway
Rogers, MN 55374


Quest Diagnostics
P.O. Box 809403
Chicago, IL 60680


Randy and Laurie Gelner
1800 W 7th Ave N
Clear Lake, IA 50428


RCT Consultants Inc
13640 Guild Ave
Apple Valley, MN 55124


RCT Consultants Inc
7876 Smokewood Drive
Colorado Springs, CO 80908


Richard and Elizabeth Splittstoesser
4386 Livingston Drive
Eagan, MN 55123


Richard Turnquist
13640 Guild Ave
Apple Valley, MN 55124


Rizwan Mulla
4600 Oak Drive
Minneapolis, MN 554243


Robert and David Lord
7338 Pleasant Ave
Minneapolis, MN 55423

Robert and David Lord
217 W. 24th Street
Minneapolis, MN 55404


Robert J McNeil
9136 Jewel Lane N
Osseo, MN 55311


Robert Keyes
42899 Clarno Road
Fossil, OR 97830


Robert Keys
4650 SW MacAdam Ave, Unit 100
Portland, OR 97239


Robert Smrekar
17723 Hill Wood Avenue
Lakeville, MN 55044


Robet Denzer
6558 110th Ave N
Champlin, MN 55316


Roger and Nancy Rymer
14246 Coral Sea St
Ham Lake, MN 55304


Ronald Parks
4424 Longfellow Ave
Minneapolis, MN 55407


Ruth Troutman
8001 240th St West
Lakeville, MN 55044


Sandra G Wood
8840 Cottonwood Lane
Eden Prairie, MN 55347


Sandra G Wood
2811 Avington Court
Murfreesboro, TN 37128

Scott Carlson
P.O. Box 94
Rockford, MN 55373


Scott Hadden
8345 Kelzer Pond Drive
Victoria, MN 55386


Scott Ingram
402 7th Ave S
South St Paul, MN 55075


Sean Bannerman
2393 Hauer Trail
Shakopee, MN 55379


Sean Bannerman
116 Isabel Street W
St Paul, MN 55107


Sean Nelson
220 Xenia Ave NW
Elk River, MN 55330


Severson Sheldon et al
7300 West 147th Street #600
Apple Valley, MN 55124


Sharon and Wade Bresnahan
12830 42nd Pl N
Minneapolis, MN 55442


Sharon and Wade Bresnahan
12830 42nd Pl
Minneapolis, MN 55442


Sherman Hospital
1425 N. Randall Road
Elgin, IL 60123


Sonia Liedman
18659 Kalmar Tr
Lakeville, MN 55044

Sonia Liedman
5143 148th St W
St Paul, MN 55124


Stoelzing Properties LLC
c/o Hinshaw Culbertson
330 S 7th St Ste 2000
Minneapolis, MN 55402


Stoelzing Properties LLC
3357 16th Ave S
Minneapolis, MN 55407


Teresa Reamer
2245 Crane St
Oshkosh, WI 54901


Teresa Reamer
2220 Sheridan St
Oshkosh, WI 54901


Thomas and Becky Osnes
2008 Reindeer Trail
Sale Creek, TN 37373


Thomas and Karen Ditty
5450 89th Crescent Circle N
Minneapolis, MN 55443


Thomas and Martha Dixon
1650 Ranier Circle
Minneapolis, MN 55447


Thomas Frazier
14812 Oakcrest Circle
Savage, MN 55378


Todd and Bonita Rynoldson
2456 Emerald Trail
Hopkins, MN 55305


Tom Mauren
2855 Jordan Ave S #402
Hopkins, MN 55305

Troy and Bonnie Schmitz
12495 225th Ct NW
Elk River, MN 55330


Troy Klein
13207 Yukon St NW
Coon Rapids, MN 55448


Tyrone Kindle
11274 49th Ave N
Minneapolis, MN 55442


Univerity of Minnesota Physicians
100 S. Awasso Blvd West
St Paul, MN 55117


Vickie Sober
1622 Lincoln St NE
Minneapolis, MN 55413


Waldo and Rebecca Bechtold
5233 Nelmark Ave NE
St Michael, MN 55376


Wells Fargo
Credit Bureau Disp Po Box 14517
Des Moines, IA 50306


Wendy Hartman
56 Fitch Hill Road
Uncasville, CT 06382


Wendy Hartman
127 Barkledge Dr
Newington, CT 06111


Wendy Hartman
13893 Edgewood Ave
Savage, MN 55378


William and Cynthia Webster
3209 Larchmore Ave
Wayzata, MN 55391

William and Kimberly Newgren
12402 66th St NE
Otsego, MN 55301


William Barth
36205 Memorial Highway
Mandan, ND 58554


Willliam and Nancy Wirth
1630 Shady View Lane N
Minneapolis, MN 55447


Wilshire Credit Corp
14523 S Millikan Way #200
Portland, OR 97207


Wilshirecc
450 American Street
Simi Valley, CA 93065-6298